UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF MISSISSIPPI

**FILED**
FEB 24 2016
DAVID CREWS, CLERK
BY _____
Deputy

UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO. 1:16-CR-016

EMILY CURRY                                                 18 U.S.C. § 1040

**The Grand Jury Charges:**

### COUNT ONE

On or about May 6, 2014, in the Northern District of Mississippi and elsewhere, EMILY CURRY, defendant, knowingly made a materially false, fictitious and fraudulent statement and representation to the Federal Emergency Management Agency ("FEMA") in an application for benefits authorized, transported, transmitted, transferred, disbursed and paid in connection with the Presidential Disaster Declaration for the State of Mississippi (FEMA-4175-DR), effective on or about April 30, 2014, said disaster declaration having been made under Section 401 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act and the benefit referenced above concerned a record, voucher, payment, money, or thing of value of the United States or any department or agency thereof; that is, the defendant knowingly and fraudulently applied for FEMA assistance pertaining to damage to a residence located at 201 Beal Avenue, Apartment 61 in Louisville, Mississippi, and in relation to that application, claimed that said residence was her

primary residence when, in fact, it was not her primary residence and therefore did not qualify for FEMA relief, all in violation of 18 U.S.C. § 1040.

A TRUE BILL:

/s/ Signature Redacted
**FOREPERSON**

First Asst. *[signature]*
UNITED STATES ATTORNEY